WILLIAM BLUMENTHAL
General Counsel

KAREN JAGIELSKI (KJ2103)
Federal Trade Commission
600 Pennsylvania Avenue
NJ-3122
Washington, DC 20580
202-326-2509 (voice)
202-326-3259 (facsimile)

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                              Plaintiff<br><br>           v.<br><br>**DIET COFFEE, INC.**, a corporation;<br>**DAVID STOCKNOFF**, individually and as<br>President, Chief Financial Officer, and a<br>Director of Diet Coffee, Inc.; and **DAVID<br>ATTARIAN**, individually and as Secretary<br>and a Director of Diet Coffee, Inc.,<br><br>                              Defendants. | **CASE NO.** `1:08-cv-0094-JSR-DCF`<br><br>`ECF CASE` |

## COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), through its

undersigned attorneys, alleges as follows:

1.     The FTC brings this action pursuant to Section 13(b) of the Federal Trade

Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to secure injunctive relief and other equitable

relief against Diet Coffee, Inc., a corporation; David Stocknoff, individually and as President,

Chief Financial Officer, and a Director of Diet Coffee, Inc.; and David Attarian, individually and as Secretary and a Director of Diet Coffee, Inc. ("defendants") for engaging in deceptive acts or practices and false advertising in connection with the advertising, marketing, and sale of a purported weight-loss product in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction over plaintiff's claims pursuant to 15 U.S.C. §§ 45(a), 52 and 53(b) and 28 U.S.C. §§ 1331, 1337(a) and 1345.

3.      Venue in the United States District Court for the Southern District of New York is proper under 15 U.S.C. § 53(b) and 28 U.S.C. § 1391(b) and (c).

## THE PARTIES

4.      **Plaintiff FTC** is an independent agency of the United States Government created by statute. 15 U.S.C. §§ 41-58. The FTC enforces Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52, which prohibit, respectively, unfair or deceptive acts or practices, and false advertisements for food, drugs, devices, services, or cosmetics in or affecting commerce. Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), authorizes the Commission to initiate federal district court proceedings to enjoin violations of the FTC Act, and to secure such equitable relief, including consumer redress, as may be appropriate in each case.

5.      **Defendant Diet Coffee, Inc.** ("DCI") is a Delaware corporation doing business at 16 E. 40th St., New York, NY 10016. It markets a purported weight-loss product called "Slim Coffee" in this District and across the United States.

6.      **Defendant David Stocknoff** ("Stocknoff") is the President, Chief Financial Officer, a Director, and a founding member of DCI. He does business at 16 E. 40th St., New

York, NY 10016.  Individually, or in concert with others, Stocknoff directs, controls, formulates, or participates in the acts and practices complained of below.  He transacts business in the Southern District of New York.

7.    **Defendant David Attarian** ("Attarian") is the Secretary, a Director, and a founding member of DCI.  He does business at 16 E. 40th St.,  New York, NY 10016.  Individually, or in concert with others, Stocknoff directs, controls, formulates, or participates in the acts and practices complained of below.  He transacts business in the Southern District of New York.

**COMMERCE**

8.    The acts and practices of defendants, as alleged herein, are in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

**DEFENDANTS' COURSE OF CONDUCT**

9.    Since at least December 19, 2005, and continuing thereafter, defendants have labeled, advertised, promoted, offered for sale, sold, and distributed a purported weight-loss product called "Slim Coffee" to consumers throughout the United States.  Advertisements for "Slim Coffee" have appeared on the Internet, radio, and television, including on Oxygen, Fox Reality Channel, A&E Television, The CW, WE, and Bravo.  Advertisements also have appeared in magazines and Sunday newspaper supplements, including *SmartSource* by News America Marketing FSI, Inc.

10.    According to its product label, Slim Coffee contains coffee, Vitamin E, ascorbic acid, chromium picolinate, Vitamin A, Vitamin B12, *Hoodia gordonii*, *Garcinia cambogia* extract, ginseng-panax root powder, and green tea extract.  *Exhibit ("Ex.")* A.

11.    To induce consumers to purchase their products, defendants have disseminated, or

caused to be disseminated, advertisements for Slim Coffee, including, but not limited to the

attached Exhibits A through K. Among other things, the advertisements contained the following

statements or depictions:

**A.**    "Everybody wants to be thin, right? Well, stop starving yourself, stop popping pills and stop killing yourself at the gym with no results. Now, you can drink away the pounds with the Slim Coffee System, a remarkable way to shed those excess pounds by drinking delicious, flavorful coffee. There's no being hungry, strenuous exercise, or counting calories."

*Ex. B; C; E; F; H; I, Attachments ("Atts.") 1 - 3; J.*

**B.**    "[C]linical studies have proven you can lose up to five pounds a week and up to 20 pounds a month. It's as easy as replacing your ordinary coffee with Slim Coffee and you start to see the pounds coming off."

*Ex. G.*

**C.**    "[C]linical studies have proven you can lose up to five pounds a week and up to 20 pounds a month. Drink one cup of delicious Instant Slim Coffee with every meal. There's no need to change your eating habits or what you eat. Just replace your coffee with Slim Coffee and you will start to see results. It's that easy and all-natural."

*Ex. B; C; E; F; H; I, Atts. 1 - 3; J.*

**D.**    **"Clinically tested** . . . this study shows all participants lost weight and over 50% also increased muscle mass."

*Ex. B; C; D; E; F; H; I, Atts. 1 - 3; J.*

**E.**    "The secret is the all-natural ingredients. When infused into the delicious coffee and used in our system, the results are astounding. . . Your hunger pains and cravings are curbed, your metabolism is boosted and your body is turned into a fat-burning machine, burning two to five pounds a week."

*Ex. B; C; E; F; H; I. Atts. 1 - 3; J.*

**F.**    "The New, Instant Weight-Loss Coffee That Burns Away Calories!"

*Ex. K.*

**G.**    "Lose 3-5 Pounds A Week By Drinking Slim Coffee!"

*Ex. K.*

**H.**     "Revolutionary Slim Coffee is 100% premium dark-roasted coffee blended with scientifically proven weight-loss ingredients specially formulated to help you SHED POUNDS & INCHES – FAST"

*Ex. J.*

**I.**     "Burn unwanted fat and lose weight with premium slim coffee, available in regular and decaffeinated."

*Ex. G.*

**J.**     "Slim Coffee suppresses your appetite."

*Ex. B; C; D; E; F; G; H; I, Atts. 1 - 3.*

**K.**     "These are the amazing results people are getting with Slim Coffee. One woman lost 13 pounds in one month. A gentleman lost 15 pounds. Another woman said she went from a size eight to a size two."

*Ex. G.*

**L.**     "Since I've been on the Slim Coffee System, I've lost just over 16 pounds and I feel great."

*Ex. B; C; D; E; F; H; I, Atts. 1 - 3.*

**M.**     "In the last month, using Slim Coffee and not changing anything else, I lost 12 pounds."

*Ex. B; C; E; F; H; I, Att. 3.*

## DEFENDANTS' VIOLATIONS OF THE FTC ACT

12.     Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits unfair or deceptive acts or practices in or affecting commerce. Section 12(a) of the FTC Act, 15 U.S.C. § 52(a), prohibits the dissemination of any false advertisement, in or affecting commerce, for the purpose of inducing, or which is likely to induce, the purchase of food, drugs, devices, services, or cosmetics.

13.    For the purposes of Section 12 of the FTC Act, 15 U.S.C. § 52, Slim Coffee is either a "food" or a "drug" as "food" and "drug" are defined in Sections 15(b) and (c) of the FTC Act, 15 U.S.C. § 55(b) and (c).

## COUNT ONE

### False and Deceptive Weight Loss Claims

14.    As described in Paragraph 11, including through the use of the trade name "Slim Coffee" and the statements and depictions contained in the advertisements attached as Exhibits A through K, defendants have represented, expressly or by implication, that drinking Slim Coffee:

A.    enables consumers to lose substantial weight, including as much as two to five pounds per week and twenty pounds per month, without the need to reduce caloric intake or increase physical activity;

B.    causes rapid weight loss;

C.    burns body fat;

D.    increases muscle mass;

E.    suppresses appetite; and

F.    boosts metabolism sufficient to cause weight loss or burn body fat.

15.    The representations set forth in Paragraph 14 are false or were not substantiated at the time the representations were made. Among other things, there are no reliable scientific studies of defendants' weight loss product, or of the ingredients in that product, to support the effects claimed in defendants' advertising. Therefore, the making of the representations in Paragraph 15 constitutes a deceptive practice and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and

Page 6 of 9

52.

## COUNT TWO

### False Establishment Claims

16.    As described in Paragraph 11, and the statements and depictions contained in the advertisements attached as Exhibits A through K, defendants have represented, expressly or by implication, that clinical studies prove that drinking defendants' weight loss product, Slim Coffee, enables consumers to lose substantial weight, including as much as two to five pounds per week and twenty pounds per month, without the need to reduce caloric intake or increase physical activity.

17.    In truth and in fact, clinical studies do not prove that drinking defendants's weight loss product, Slim Coffee, enables consumers to lose weight, including as much as two to five pounds per week and twenty pounds per month, without the need to reduce caloric intake or increase physical activity.  Therefore, the making of the representation in Paragraph 16 constitutes a deceptive practice and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

## CONSUMER INJURY

18.    Consumers throughout the United States have suffered and continue to suffer substantial monetary loss as a result of defendants' unlawful practices.  In addition, defendants have been unjustly enriched as a result of their unlawful practices.  Absent relief by this Court, defendants are likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

## THIS COURT'S POWER TO GRANT RELIEF

19.    Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant

injunctive and such other relief as the Court may deem appropriate to halt and redress violations of the FTC Act. The Court, in the exercise of its equitable jurisdiction, may award other ancillary relief, including, but not limited to, rescission of contracts and restitution, and the disgorgement of ill-gotten gains caused by defendants' law violations.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff, pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), and the Court's own equitable powers, requests that the Court:

(a)     Enter a permanent injunction to prevent future violations of the FTC Act by defendants;

(b)     Award such relief as the Court finds necessary to redress injury to consumers resulting from defendants' violations of the FTC Act, including, but not limited to, rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies; and

(c)    Award plaintiff the costs of bringing this action, as well as such other and

additional relief as the Court may determine to be just and proper.


Respectfully submitted,

WILLIAM BLUMENTHAL
General Counsel

KAREN JAGIELSKI (KJ2103)
Federal Trade Commission
600 Pennsylvania Avenue, NW
NJ-3122
Washington, D.C. 20580
(202) 326-2509 (voice)
(202) 326-3259 (facsimile)


Dated: __1|3|08_____                    Attorneys for Plaintiff
                                             FEDERAL TRADE COMMISSION

# EXHIBIT A



# EXHIBIT B

1          OFFICIAL TRANSCRIPT PROCEEDING

2            FEDERAL TRADE COMMISSION

3

4

5

6     MATTER NO.      0723052

7

8     TITLE        DIET COFFEE COMPANY, INC.

9

10    DATE         RECORDED:  MAY 9, 2006

11                 TRANSCRIBED:  MARCH 21, 2007

12

13    PAGES        1 THROUGH 8

14

15

16

17

18        VIDEOTAPE -- SLIM COFFEE COMMERCIAL - OXYGEN

19

20

21

22

23

24

25

1

1                         FEDERAL TRADE COMMISSION

2                             I N D E X

3

4      VIDEO AD:                                    PAGE:

5      Slim Coffee - Oxygen                      3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      Diet Coffee Company, Inc.      )   Matter No. 0723052

5                                     )

6      ------------------------------)

7                                     May 9, 2006

8

9

10

11            The following transcript was produced from a

12      videotape provided to For The Record, Inc. on March 16,

13      2007.

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3              VIDEOTAPE -- SLIM COFFEE SYSTEM

4              ON SCREEN:   (Left side of screen cut off)

5          ent        Slim Coffee

6          le         Slim Coffee

7          de         Free Trial

8          one        Generic

9          ngth       120 Seconds      Mono 1/2

10         coding     N/A

11         rector     NCMG:  Dan M

12         te         May 9, 2006

13         MALE ANNOUNCER:  Everybody wants to be thin,

14     right?  Well, stop starving yourself, stop popping pills

15     and stop killing yourself at the gym with no results.

16         Now, you can drink away the pounds with the

17     Slim Coffee System --

18         ON SCREEN:  Slim Coffee Instant

19         MALE ANNOUNCER:   -- a remarkable new way to

20     shed those excess pounds by drinking delicious, flavorful

21     coffee.

22         There's no being hungry, strenuous exercise or

23     counting calories.

24         Slim Coffee suppresses your appetite.

25         ON SCREEN:  Before and After photos

4

1          MALE ANNOUNCER:  And clinical studies have

2    proven you can lose up to five pounds a week and up to 20

3    pounds a month.

4          Drink one cup of delicious Instant Slim Coffee

5    with every meal.  There's no need to change your eating

6    habits or what you eat.

7          ON SCREEN:  **Before and After photos**

8          **Extraordinary results.  Your results may vary.**

9          MALE ANNOUNCER:  Just replace your coffee with

10   Slim Coffee and you will start to see results.  It's that

11   easy and all-natural.

12         ON SCREEN:  **NO Additional Caffeine**

13         **NO Ephedrine**

14         **Graphic of female in bathing suit shrinking in**

15   **body size**

16         **Graphic illustration for demonstration purposes**

17   **only**

18         **NO Jitters**

19         **Slim Coffee**

20         MALE ANNOUNCER:  There's no additional

21   caffeine, no ephedrine and no jitters, and yes, it really

22   works.

23         ON SCREEN:  **Study documentation**

24         **Clinically Tested**

25         **100% Lost Weight!**

5

1    **50% Increased Muscle Mass!**

2    MALE ANNOUNCER:  In fact, this study shows all

3    participants lost weight and over 50 percent also

4    increased muscle mass.

5    **ON SCREEN:  Chromium Picolinate**

6    **Picture of plant**

7    MALE ANNOUNCER:  The secret is the all-natural

8    ingredients.  When infused into the delicious coffee and

9    used in our system, the results are astounding.

10    Instant Slim Coffee uses high quality healthy

11    ingredients, garcinia cambogia, a powerful appetite

12    suppressant, and hoodia gordonii.

13    **ON SCREEN:  Hoodia Plant**

14    MALE ANNOUNCER:  Its powerful properties help

15    you feel full so you eat less.  Your hunger pains and

16    cravings are curbed.  Your metabolism is boosted and your

17    body is turned into a fat-burning machine, burning two to

18    five pounds a week.

19    **ON SCREEN:  Before and After photos**

20    **Lost 16 Pounds!**

21    **Extraordinary results.  Your results may vary.**

22    UNIDENTIFIED FEMALE:  Since I've been on the

23    Slim Coffee System, I've lost just over 16 pounds and I

24    feel great.

25    **ON SCREEN:  Before and After photos**

6

1          Lost 12 Pounds!

2          **Extraordinary results.  Your results may vary.**

3          UNIDENTIFIED MALE:  In the last month, using

4    Slim Coffee and not changing anything else, I lost 12

5    pounds.

6          **ON SCREEN:  FREE!  plus s&h**

7          **Slim Coffee Instant**

8          MALE ANNOUNCER:  Call now to find out how to

9    get the Instant Slim Coffee in regular or decaffeinated

10   for free.  That's right.

11         **ON SCREEN:  Before and After photos**

12         **Extraordinary results.  Your results may vary.**

13         MALE ANNOUNCER:  We are so sure that you're

14   going to love your results that we will send you your

15   first box for free.  You just pay the shipping and

16   handling.

17         **ON SCREEN:  FREE!**

18         **Call For Details**

19         MALE ANNOUNCER:  And also find out how you can

20   get this deluxe coffeemaker free with your order.

21         **ON SCREEN:  CALL NOW**

22         MALE ANNOUNCER:  Call now and get Slim Coffee

23   today.

24         **Before and After photos**

25         **Extraordinary results.  Your results may vary.**

7

1              MALE ANNOUNCER:   You have nothing to lose but
2      pounds and inches.
3              **(The commercial was concluded.)**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

8

1      C E R T I F I C A T I O N   O F   T Y P I S T

2

3      MATTER NUMBER: 0723052

4      CASE TITLE: DIET COFFEE COMPANY, INC.

5      TAPING DATE: MAY 9, 2006

6      TRANSCRIPTION DATE: MARCH 21, 2007

7

8          I HEREBY CERTIFY that the transcript contained

9      herein is a full and accurate transcript of the tapes

10     transcribed by me on the above cause before the FEDERAL

11     TRADE COMMISSION to the best of my knowledge and belief.

12

13                          DATED:  MARCH 21, 2007

14

15                     _____

16                          ELIZABETH M. FARRELL

17

18     C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21     accuracy in spelling, hyphenation, punctuation and

22     format.

23

24                     _____

25                          WANDA J. RAVER

# EXHIBIT C

1              OFFICIAL TRANSCRIPT PROCEEDING

2                 FEDERAL TRADE COMMISSION

3

4

5

6     MATTER NO.      0723052

7

8     TITLE          DIET COFFEE COMPANY, INC.

9

10    DATE           RECORDED:  JANUARY 22, 2007

11                   TRANSCRIBED:  MARCH 6, 2007

12

13    PAGES          1 THROUGH 6

14

15

16

17

18         VIDEO SEGMENT OFF WEBSITE -- WWW.SLIMCOFFEE.COM

19

20

21

22

23

24

25

1

1                    FEDERAL TRADE COMMISSION

2                           I N D E X

3

4        VIDEO SEGMENT:                              PAGE:

5        Slim Coffee Commercial                         3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        Diet Coffee Company, Inc.      )  Matter No. 0723052

5                                       )

6        ------------------------------)

7                                   January 22, 2007

8

9

10

11              The following transcript was produced from a

12        CD-ROM provided to For The Record, Inc. on March 1, 2007.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3      VIDEO SEGMENT OFF WEBSITE -- WWW.SLIMCOFFEE.COM

4              MALE ANNOUNCER:  Everybody wants to be thin,

5      right?  Well, stop starving yourself, stop popping pills

6      and stop killing yourself at the gym with no results.

7              (Music playing.)

8              ON SCREEN:  Slim Coffee Instant

9              MALE ANNOUNCER:  Now you can drink away the

10     pounds with the Slim Coffee System, a remarkable new way

11     to shed those excess pounds by drinking delicious,

12     flavorful coffee.

13             There's no being hungry, strenuous exercise or

14     counting calories.

15             Slim Coffee suppresses your appetite --

16             ON SCREEN:  Before and After photos

17             MALE ANNOUNCER:  -- and clinical studies have

18     proven you can lose up to five pounds a week and up to 20

19     pounds a month.

20             Drink one cup of delicious Instant Slim Coffee

21     with every meal.  There's no need to change your eating

22     habits or what you eat.

23             ON SCREEN:  Before and After photos

24             (Very tiny print at bottom of screen is

25     illegible)

4

1              MALE ANNOUNCER:  Just replace your coffee with

2        Slim Coffee and you will start to see results.

3              It's that easy and all-natural.

4              ON SCREEN:  Graphic of woman getting skinnier

5              No additional caffeine

6              No Ephedrine

7              No Jitters

8              (Very tiny print at bottom of screen is

9        illegible.)

10             MALE ANNOUNCER:  There's no additional

11       caffeine, no ephedrine and no jitters, and yes, it really

12       works.

13             ON SCREEN:  100% Lost Weight!

14             50% Increased Muscle Mass!

15             Clinically Tested

16             MALE ANNOUNCER:  In fact, this study shows all

17       participants lost weight and over 50 percent also

18       increased muscle mass.

19             ON SCREEN:  Chromium Picolinate

20             MALE ANNOUNCER:  The secret is the all-natural

21       ingredients.  When infused into the delicious coffee and

22       used in our system, the results are astounding.  Instant

23       Slim Coffee uses high-quality, healthy ingredients,

24       garcinia cambogia, a powerful appetite suppressant, and

25       hoodia gordonii.

5

1          ON SCREEN:  Hoodia Plant

2          MALE ANNOUNCER:  Its powerful properties help

3   you feel full so you eat less.

4          Your hunger pains and cravings are curbed, your

5   metabolism is boosted and your body is turned into a fat-

6   burning machine, burning two to five pounds a week.

7          ON SCREEN:  Before and After photos

8          Lost 16 Pounds!

9          (Very tiny print at bottom of screen is

10  illegible.)

11         UNIDENTIFIED FEMALE:  Since I've been on the

12  Slim Coffee System, I've lost just over 16 pounds and I

13  feel great.

14         ON SCREEN:  Before and After photos

15         Lost 12 Pounds!

16         (Very tiny print at bottom of screen is

17  illegible.)

18         UNIDENTIFIED MALE:  In the last month, using

19  Slim Coffee and not changing anything else, I lost 12

20  pounds.

21         (The video segment was concluded.)

22

23

24

25

6

1            C E R T I F I C A T I O N   O F   T Y P I S T

2

3        MATTER NUMBER: 0723052

4        CASE TITLE: DIET COFFEE COMPANY, INC.

5        TAPING DATE: JANUARY 22, 2007

6        TRANSCRIPTION DATE: MARCH 6, 2007

7

8            I HEREBY CERTIFY that the transcript contained

9        herein is a full and accurate transcript of the tapes

10       transcribed by me on the above cause before the FEDERAL

11       TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  MARCH 6, 2007

14

15                        _____

16                        ELIZABETH M. FARRELL

17

18       C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20           I HEREBY CERTIFY that I proofread the transcript for

21       accuracy in spelling, hyphenation, punctuation and

22       format.

23

24                        _____

25                        WANDA J. RAVER

# EXHIBIT D

1          OFFICIAL TRANSCRIPT PROCEEDING

2             FEDERAL TRADE COMMISSION

3

4

5

6     MATTER NO.     0723052

7

8     TITLE          DIET COFFEE COMPANY, INC.

9

10    DATE           RECORDED:  NOVEMBER 20, 2006

11                   TRANSCRIBED:  MARCH 5, 2007

12

13    PAGES          1 THROUGH 6

14

15

16

17

18             CD-ROM -- SLIM COFFEE COMMERCIAL

19

20

21

22

23

24

25

1

1          FEDERAL TRADE COMMISSION

2                  I N D E X

3

4     VIDEO AD:                              PAGE:

5     Slim Coffee                              3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:            )

4       Diet Coffee Company, Inc.    )  Matter No. 0723052

5                                    )

6       ------------------------------)

7                               November 20, 2006

8

9

10

11              The following transcript was produced from a

12      CD-ROM provided to For The Record, Inc. on March 5, 2007.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1              P R O C E E D I N G S

2                 -    -    -    -    -

3              CD-ROM -- SLIM COFFEE SYSTEM

4              MALE ANNOUNCER:  Everybody wants to be thin,

5      right?

6              **(Music playing.)**

7              MALE ANNOUNCER:  Now, you can drink away the

8      pounds with the Slim Coffee System --

9              **ON SCREEN:  Slim Coffee Instant**

10             MALE ANNOUNCER:  -- a remarkable new way to

11     shed those excess pounds by drinking delicious, flavorful

12     coffee.

13             **ON SCREEN:  These statements have not been**

14     **evaluated by the Food and Drug Administration.  This**

15     **product is not intended to diagnose, treat, cure or**

16     **prevent any disease.  Consult your physician prior to**

17     **starting any weight loss program.**

18             MALE ANNOUNCER:  Slim Coffee suppresses your

19     appetite.

20             **ON SCREEN:  100% Lost Weight**

21             **50% Increased Muscle Mass**

22             **Clinically Tested**

23             MALE ANNOUNCER:  In fact, this study shows all

24     participants lost weight and over 50 percent also

25     increased muscle mass.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

4

1       ON SCREEN:  1-800-399-0923

2       MALE ANNOUNCER:  Instant Slim Coffee uses high

3    quality healthy ingredients, garcinia cambogia and hoodia

4    gordonii.

5       ON SCREEN:  Hoodia Plant

6       1-800-399-0923

7       MALE ANNOUNCER:  Its powerful properties help

8    you feel full so you eat less.

9       ON SCREEN:  Curb Your Cravings!

10      Boost Your Metabolism!

11      1-800-399-0923

12      MALE ANNOUNCER:  Your hunger pains and cravings

13   are curbed.  Your metabolism is boosted and your body is

14   turned into a fat-burning machines.

15      ON SCREEN:  Before and After photos

16      Lost 16 Pounds!

17      Extraordinary results.  Your results may vary.

18      UNIDENTIFIED FEMALE:  Since I've been on the

19   Slim Coffee System, I've lost just over 16 pounds.

20      ON SCREEN:  FREE!  plus s&h

21      Slim Coffee Instant

22      1-800-399-0923

23      MALE ANNOUNCER:  Call now to find out how to

24   get the Instant Slim Coffee in regular or decaffeinated

25   for free.  You just pay the shipping and handling.

5

1        ON SCREEN:  FREE!

2        Call For Details

3        style, color, design may vary

4        1-800-399-0923

5        MALE ANNOUNCER:  Find out how you can get this

6    deluxe coffeemaker free with your order.

7        ON SCREEN:  Get SLIM COFFEE Today

8        for FREE!

9        (plus S&H)

10        30 Day Money Back Guarantee (less s&h)

11        * minimum order (tiny print illegible) free

12        offer

13        1-800-399-0923

14        Before and After photos

15        MALE ANNOUNCER:  Call 800-399-0923 to find out

16    how you can get a one-month supply of Slim Coffee and the

17    deluxe coffee machine free with your order.  Call 800-

18    399-0923.  Call 800-399-0923.

19        (The commercial was concluded.)

20

21

22

23

24

25

6

1                C E R T I F I C A T I O N    O F    T Y P I S T

2

3        MATTER NUMBER: 0723052

4        CASE TITLE: DIET COFFEE COMPANY, INC.

5        TAPING DATE: NOVEMBER 20, 2006

6        TRANSCRIPTION DATE: MARCH 5, 2007

7

8             I HEREBY CERTIFY that the transcript contained

9        herein is a full and accurate transcript of the tapes

10       transcribed by me on the above cause before the FEDERAL

11       TRADE COMMISSION to the best of my knowledge and belief.

12

13                                DATED:  MARCH 5, 2007

14

15                         _____

16                              ELIZABETH M. FARRELL

17

18            C E R T I F I C A T I O N    O F    P R O O F R E A D E R

19

20            I HEREBY CERTIFY that I proofread the transcript for

21       accuracy in spelling, hyphenation, punctuation and

22       format.

23

24                         _____

25                              WANDA J. RAVER

# EXHIBIT E

1    OFFICIAL TRANSCRIPT PROCEEDING

2    FEDERAL TRADE COMMISSION

3

4

5

6    MATTER NO.    0723052

7

8    TITLE    DIET COFFEE COMPANY, INC.

9

10    DATE    RECORDED:  SEPTEMBER 16, 2006

11    TRANSCRIBED:  MARCH 28, 2007

12

13    PAGES    1 THROUGH 8

14

15

16

17

18    SLIM COFFEE COMMERCIAL

19

20

21

22

23

24

25

1

1    FEDERAL TRADE COMMISSION

2    I N D E X

3

4    DVD:                                        PAGE:

5    Slim Coffee Commercial                        3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      Diet Coffee Company, Inc.      )  Matter No. 0723052

5                                     )

6      ------------------------------)

7                                     September 16, 2006

8

9

10

11          The following transcript was produced from a

12     DVD provided to For The Record, Inc. on March 28, 2007.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3                    SLIM COFFEE COMMERCIAL

4              MALE ANNOUNCER:  Everybody wants to be thin,

5        right?  Well, stop starving yourself, stop popping pills

6        and stop killing yourself at the gym with no results.

7              (Music playing.)

8              ON SCREEN:  Slim Coffee Instant

9              MALE ANNOUNCER:  Now you can drink away the

10       pounds with the Slim Coffee System, a remarkable new way

11       to shed those excess pounds by drinking delicious,

12       flavorful coffee.

13             ON SCREEN:  www.slimcoffee.com

14             1-800-910-1165

15             MALE ANNOUNCER:  There's no being hungry,

16       strenuous exercise or counting calories.

17             Slim Coffee suppresses your appetite --

18             ON SCREEN:  Before and After photos

19             Lose Up To 5 lbs A Week!

20             Up To 20 lbs A Month!

21             (Tiny print at bottom of screen illegible)

22             MALE ANNOUNCER:  -- and clinical studies have

23       proven you can lose up to five pounds a week and up to 20

24       pounds a month.

25             ON SCREEN:  www.slimcoffee.com

4

1              1-800-910-1165

2              MALE ANNOUNCER:  Drink one cup of delicious

3      Instant Slim Coffee with every meal.  There's no need to

4      change your eating habits or what you eat.

5              ON SCREEN:  **Before and After photos**

6              **Extraordinary results.  Your results may vary.**

7              MALE ANNOUNCER:  Just replace your coffee with

8      Slim Coffee and you will start to see results.

9              It's that easy and all-natural.

10             ON SCREEN:  **Graphic of woman getting skinnier**

11             **No additional caffeine**

12             **No Ephedrine**

13             **No Jitters**

14             **Graphic illustration for demonstration purposes**

15     **only.**

16             MALE ANNOUNCER:  There's no additional

17     caffeine, no ephedrine and no jitters, and yes, it really

18     works.

19             ON SCREEN:  **100% Lost Weight!**

20             **50% Increased Muscle Mass!**

21             **Clinically Tested**

22             MALE ANNOUNCER:  In fact, this study shows all

23     participants lost weight and over 50 percent also

24     increased muscle mass.

25             ON SCREEN:  **Chromium Picolinate**

5

1          MALE ANNOUNCER:  The secret is the all-natural

2     ingredients.  When infused into the delicious coffee and

3     used in our system, the results are astounding.  Instant

4     Slim Coffee uses high-quality, healthy ingredients,

5     garcinia cambogia, a powerful appetite suppressant, and

6     hoodia gordonii.

7          **ON SCREEN:  Hoodia Plant**

8          **This product has not been evaluated by the FDA.**

9     **It is not intended to treat, cure or prevent any disease.**

10    **Consult with your physician before starting any weight**

11    **loss program.**

12         MALE ANNOUNCER:  Its powerful properties help

13    you feel full so you eat less.

14         **ON SCREEN:  Curb Your Cravings!**

15         **Boost Your Metabolism!**

16         **www.slimcoffee.com**

17         **1-800-910-1165**

18         MALE ANNOUNCER:  Your hunger pains and cravings

19    are curbed, your metabolism is boosted and your body is

20    turned into a fat-burning machine, burning two to five

21    pounds a week.

22         **ON SCREEN:  Before and After photos**

23         **Lost 16 Pounds!**

24         **Extraordinary results.  Your results may vary.**

25         UNIDENTIFIED FEMALE:  Since I've been on the

6

1     Slim Coffee System, I've lost just over 16 pounds and I

2     feel great.

3               ON SCREEN:  Before and After photos

4               Lost 12 Pounds!

5               Extraordinary results.  Your results may vary.

6               UNIDENTIFIED MALE:  In the last month, using

7     Slim Coffee and not changing anything else, I lost 12

8     pounds.

9               ON SCREEN:  www.slimcoffee.com

10              1-800-910-1165

11              MALE ANNOUNCER:  Call now to find out how to

12    get the Instant Slim Coffee in regular or decaffeinated

13    for free.  That's right.

14              ON SCREEN:  www.slimcoffee.com

15              1-800-910-1165

16              Before and After photos

17              Extraordinary results.  Your results may vary.

18              MALE ANNOUNCER:  We are so sure that you're

19    going to love your results that we will send you your

20    first box for free.  You just pay the shipping and

21    handling.

22              ON SCREEN:  FREE!

23              Call For Details

24              www.slimcoffee.com

25              1-800-910-1165

7

1          MALE ANNOUNCER:  And also find out how you can

2    get this deluxe coffeemaker free with your order.

3          ON SCREEN:  CALL NOW

4          www.slimcoffee.com

5          1-800-910-1165

6          MALE ANNOUNCER:  Call now and get Slim Coffee

7    today.

8          ON SCREEN:  Before and After photos

9          Extraordinary results.  Your results may vary.

10         MALE ANNOUNCER:  You have nothing to lose but

11   pounds and inches.

12         ON SCREEN:  Get Slim Coffee today for FREE!

13         (Plus s&h)

14         30 Day Money Back Guarantee (less s&h)

15         Minimum order required to receive FREE coffee

16         www.slimcoffee.com

17         1-800-910-1165

18         MALE ANNOUNCER:  Call 1-800-910-1165 to find

19   out how to get Instant Slim Coffee for free.  Start

20   losing weight today with all-natural, delicious Instant

21   Slim Coffee for free.  Call 1-800-910-1165.  That's 1-

22   800-910-1165.

23         (The commercial was concluded.)

24

25

8

1          C E R T I F I C A T I O N   O F   T Y P I S T

2

3     MATTER NUMBER: 0723052

4     CASE TITLE: DIET COFFEE COMPANY, INC.

5     TAPING DATE: SEPTEMBER 16, 2006

6     TRANSCRIPTION DATE: MARCH 28, 2007

7

8          I HEREBY CERTIFY that the transcript contained

9     herein is a full and accurate transcript of the tapes

10    transcribed by me on the above cause before the FEDERAL

11    TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  MARCH 28, 2007

14

15                    _____

16                         ELIZABETH M. FARRELL

17

18       C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20          I HEREBY CERTIFY that I proofread the transcript for

21    accuracy in spelling, hyphenation, punctuation and

22    format.

23

24                    _____

25                         WANDA J. RAVER

# EXHIBIT F

1                OFFICIAL TRANSCRIPT PROCEEDING

2                FEDERAL TRADE COMMISSION

3

4

5

6    MATTER NO.     0723052

7

8    TITLE         DIET COFFEE COMPANY, INC.

9

10    DATE        RECORDED: MAY 26, 2006

11            TRANSCRIBED: FEBRUARY 8, 2007

12

13    PAGES       1 THROUGH 9

14

15

16

17

18        VIDEOTAPE - SLIM COFFEE COMMERCIAL

19

20

21

22

23

24

25

1

1                  FEDERAL TRADE COMMISSION

2                      I N D E X

3

4     VIDEOTAPE:                              PAGE:

5     Slim Coffee Commercial                  3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

```
1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      Diet Coffee Company, Inc.      )   Matter No. 0723052

5                                     )

6      ------------------------------)

7                                     May 26, 2006

8

9

10

11              The following transcript was produced from a

12      videotape provided to For The Record, Inc. on February 5,

13      2007.

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1              P R O C E E D I N G S

2                  -    -    -    -    -

3          VIDEOTAPE -- SLIM COFFEE SYSTEM

4          MALE ANNOUNCER:  Everybody wants to be thin,

5     right?  Well, stop starving yourself, stop popping pills

6     and stop killing yourself at the gym with no results.

7              (Music playing.)

8          ON SCREEN:  Slim Coffee Instant

9          MALE ANNOUNCER:  Now, you can drink away the

10    pounds with the Slim Coffee System --

11         ON SCREEN:  www.slimcoffee.com

12         1-800-596-1687

13         MALE ANNOUNCER:  -- a remarkable new way to

14    shed those excess pounds by drinking delicious, flavorful

15    coffee.

16             There's no being hungry, strenuous exercise or

17    counting calories.

18             Slim Coffee suppresses your appetite --

19         ON SCREEN:  Before and After photos

20         Lose Up To lbs A Week!

21         Up To 20 lbs A Month!

22         (Very tiny print at bottom of screen is

23    illegible)

24         MALE ANNOUNCER:  -- and clinical studies have

25    proven you can lose up to five pounds a week and up to 20

4

1    pounds a month.

2              ON SCREEN:  www.slimcoffee.com

3              1-800-596-1687

4              MALE ANNOUNCER:  Drink one cup of delicious

5    Instant Slim Coffee with every meal.  There's no need to

6    change your eating habits or what you eat.

7              ON SCREEN:  **Before and After photos**

8              **(Very tiny print at bottom of screen is**

9    **illegible)**

10              MALE ANNOUNCER:  Just replace your coffee with

11    Slim Coffee and you will start to see results.

12              It's that easy and all-natural.

13              ON SCREEN:  **Graphic of woman getting skinnier**

14              **No additional caffeine**

15              **No Ephedrine**

16              **No Jitters**

17              **(Very tiny print - Graphic illustration for**

18    **demonstration purposes only)**

19              MALE ANNOUNCER:  There's no additional

20    caffeine, no ephedrine and no jitters, and yes, it really

21    works.

22              ON SCREEN:  **100% Lost Weight!**

23              **50% Increased Muscle Mass!**

24          ·  **Clinically Tested**

25              MALE ANNOUNCER:  In fact, this study shows all

5

1    participants lost weight and over 50 percent also

2    increased muscle mass.

3            ON SCREEN:  Chromium Picolinate

4            MALE ANNOUNCER:  The secret is the all-natural

5    ingredients.  When infused into the delicious coffee and

6    used in our system, the results are astounding.  Instant

7    Slim Coffee uses high-quality, healthy ingredients,

8    garcinia cambogia, a powerful appetite suppressant, and

9    hoodia gordonii.

10            ON SCREEN:  Hoodia Plant

11            (Very tiny print at bottom of screen) This

12    product has not been evaluated by the FDA.  It is not

13    intended to treat, cure or (illegible) any disease.

14    Consult your physician before starting any weight loss

15    program.

16            MALE ANNOUNCER:  Its powerful properties help

17    you feel full so you eat less.

18            ON SCREEN:  Curb Your Cravings!

19            Boost Your Metabolism!

20            www.slimcoffee.com

21            1-800-596-1687

22            MALE ANNOUNCER:  Your hunger pains and cravings

23    are curbed, your metabolism is boosted and your body is

24    turned into a fat-burning machine, burning two to five

25    pounds a week.

6

1          ON SCREEN:   Before and After photos

2          Lost 16 Pounds!

3          Extraordinary results.   Your results may vary.

4          UNIDENTIFIED FEMALE:   Since I've been on the

5     Slim Coffee System, I've lost just over 16 pounds and I

6     feel great.

7          ON SCREEN:   Before and After photos

8          Lost 12 Pounds!

9          Extraordinary results.   Your results may vary.

10         UNIDENTIFIED MALE:   In the last month, using

11    Slim Coffee and not changing anything else, I lost 12

12    pounds.

13         ON SCREEN:   FREE!   S&H

14         www.slimcoffee.com

15         Instant 1-800-596-1687

16         MALE ANNOUNCER:   Call now to find out how to

17    get the Instant Slim Coffee in regular or decaffeinated

18    for free.   That's right.

19         ON SCREEN:   Before and After Photos

20         Extraordinary results.   Your results may vary.

21         MALE ANNOUNCER:   We are so sure that you're

22    going to love your results that we will send you your

23    first box for free.   You just pay the shipping and

24    handling.

25         ON SCREEN:   FREE!

7

1          Call For Details

2          www.slimcoffee.com

3          1-800-596-1687

4          MALE ANNOUNCER:   And also find out how you can

5     get this deluxe coffeemaker free with your order.

6          ON SCREEN:  Call Now!

7          www.slimcoffee.com

8          1-800-596-1687

9          MALE ANNOUNCER:   Call now and get Slim Coffee

10    today.

11         ON SCREEN:  Before and After Photos

12         Extraordinary results.  Your results may vary.

13         MALE ANNOUNCER:  You have nothing to lose but

14    pounds and inches.

15         ON SCREEN:  Get SLIM COFFEE Today

16         for FREE!

17         (plus S&H)

18         30 Day Money Back Guarantee (less s&h)

19         (Tiny print illegible)

20         www.slimcoffee.com

21         1-800-596-1687

22         Before and After photos

23         MALE ANNOUNCER:  Call 1-800-596-1687 to find

24    out how to get Instant Slim Coffee for free.  Start

25    losing weight today with all-natural, delicious Instant

8

1    Slim Coffee for free.  Call 1-800-596-1687.  That's 1-

2    800-596-1687.

3              **(The commercial was concluded.)**

4              **(The videotape was concluded.)**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

9

1        C E R T I F I C A T I O N   O F   T Y P I S T

2

3    MATTER NUMBER: 0723052

4    CASE TITLE: DIET COFFEE COMPANY, INC.

5    TAPING DATE: MAY 26, 2006

6    TRANSCRIPTION DATE: FEBRUARY 8, 2007

7

8        I HEREBY CERTIFY that the transcript contained

9    herein is a full and accurate transcript of the tapes

10   transcribed by me on the above cause before the FEDERAL

11   TRADE COMMISSION to the best of my knowledge and belief.

12

13                        DATED:  FEBRUARY 8, 2007

14

15                   _____

16                        ELIZABETH M. FARRELL

17

18      C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20       I HEREBY CERTIFY that I proofread the transcript for

21   accuracy in spelling, hyphenation, punctuation and

22   format.

23

24                   _____

25                        WANDA J. RAVER

# EXHIBIT G

1               OFFICIAL TRANSCRIPT PROCEEDING

2                 FEDERAL TRADE COMMISSION

3

4

5

6     MATTER NO.     0723052

7

8     TITLE        DIET COFFEE COMPANY, INC.

9

10    DATE        RECORDED: MAY 10, 2006

11               TRANSCRIBED: MARCH 5, 2007

12

13    PAGES        1 THROUGH 4

14

15

16

17

18               RADIO AD -- SLIM COFFEE

19

20

21

22

23

24

25

1

1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4       RADIO AD:                              PAGE:

5       Slim Coffee                              3

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

1                          FEDERAL TRADE COMMISSION

2

3        In the Matter of:                )

4        Diet Coffee Company, Inc.        )   Matter No. 0723052

5                                          )

6        ------------------------------)

7                                      May 10, 2006

8

9

10

11                The following transcript was produced from a

12        CD-ROM provided to For The Record, Inc. on March 5, 2007.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                        P R O C E E D I N G S

2                    -       -      -      -      -

3                RADIO AD -- SLIM COFFEE

4            FEMALE ANNOUNCER:  These are the amazing

5    results people are getting with Slim Coffee.  One woman

6    lost 13 pounds in one month.  A gentleman lost 15 pounds.

7    Another woman said she went from a size eight to a size

8    two.

9            Slim Coffee is an all-natural, delicious

10   premium coffee, scientifically formulated to help you

11   lose weight.  Slim Coffee suppresses your appetite and

12   clinical studies have proven you can lose up to five

13   pounds a week and up to 20 pounds a month.  It's as easy

14   as replacing your ordinary coffee with Slim Coffee and

15   you start to see the pounds coming off.

16           Burn unwanted fat and lose weight with premium

17   slim coffee, available in regular and decaffeinated.

18           1-800-860-4830.  That's 1-800-860-4830.  Call

19   now and ask how to get a free one-month supply of Slim

20   Coffee and a free coffee machine.  That's over a $100

21   value free with your order.

22           Visit www.slimcoffee.com or call 1-800-860-

23   4830.  That's 1-800-860-4830.

24           **(The radio ad was concluded.)**

25

4

1              C E R T I F I C A T I O N   O F   T Y P I S T

2

3       MATTER NUMBER: 0723052

4       CASE TITLE: DIET COFFEE COMPANY, INC.

5       TAPING DATE: MAY 10, 2006

6       TRANSCRIPTION DATE: MARCH 5, 2007

7

8            I HEREBY CERTIFY that the transcript contained

9       herein is a full and accurate transcript of the tapes

10      transcribed by me on the above cause before the FEDERAL

11      TRADE COMMISSION to the best of my knowledge and belief.

12

13                         DATED:  MARCH 5, 2007

14

15                      _____

16                         ELIZABETH M. FARRELL

17

18             C E R T I F I C A T I O N   O F   P R O O F R E A D E R

19

20           I HEREBY CERTIFY that I proofread the transcript for

21      accuracy in spelling, hyphenation, punctuation and

22      format.

23

24                      _____

25                         WANDA J. RAVER

# EXHIBIT H

## Television Advertisement Dated 11/19/07
### VHS TO BE FILED

# EXHIBIT I

Television Advertisement Dated 11/20/06, Att. 1

Television Advertisement Dated 09/16/06, Att. 2

Television Advertisement Dated 05/26/06, Att. 3

DVD TO BE FILED

# EXHIBIT J

Website Video Dated January 22, 2007

DVD TO BE FILED

# EXHIBIT K



**The New, Instant Weight-Loss Coffee That Burns Away Calories!**

# Lose 3-5 Pounds A Week By Drinking Slim Coffee!

**SUPPRESSES YOUR APPETITE!**
**BURNS UNWANTED FAT!**
**GIVES YOU AN ENERGY BOOST!**

*Slim Coffee*

"I Lost 4½ Pounds In One Week" – Traci

AFTER

BEFORE

**0 FAT!**
**0 CARBS!**
**0 CALORIES!**

Fat Burning!
High Energy!
Ephedra-Free!
Great-Tasting
Regular Or Decaf!

Revolutionary Slim Coffee is 100% premium dark-roasted coffee blended with scientifically proven weight-loss ingredients specially formulated to help you SHED POUNDS & INCHES — FAST:

HOODIA GORDONII – helps make you feel full so you eat less
GARCINIA CAM BOGIA – helps suppress your appetite
CHROMIUM PICOLINATE – a strong fat burner
GREEN TEA EXTRACT – known to boost your metabolism
VITAMIN B-12 – an effective antioxidant to combat free radicals
There's no added caffeine, no jitters, no harsh ephedra or aftertaste. Slim Coffee turns your body into a high-energy, fat-burning system that revs up your metabolism's natural thermogenesis!

NOT SOLD IN STORES!

Ask The Operator How To Get SLIM COFFEE FREE!

*Call Now To Find Out How To Get Your RISK FREE Trial Offer
**1-800-605-4761**
Order Online: www.b__-slim-coffee.com