UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff<br><br>v.<br><br>**DIET COFFEE, INC.**, a corporation;<br>**DAVID STOCKNOFF**, individually and as President, Chief Financial Officer, and a Director of Diet Coffee, Inc.; and **DAVID ATTARIAN**, individually and as Secretary and a Director of Diet Coffee, Inc.,<br><br>Defendants. | 1:08-cv-0094-JSR-DCF<br><br>AFFIRMATION OF SERVICE |

I, Karen Jagielski, declare under penalty of perjury that I have served a copy of Exhibits H, I, and J upon Paul Greenfield, Esq., whose address is Law Offices of Paul Greenfield, 260 Madison Avenue, 17th Floor, New York, N.Y. 10116, by Federal Express overnight express.

Dated:   January 10, 2008
         Washington, D.C.

Karen Jagielski
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Room NJ-3212
Washington, D.C. 20580
(202) 326-2509 (telephone)