WILLIAM BLUMENTHAL
General Counsel

KAREN JAGIELSKI (KJ2103)
Federal Trade Commission
600 Pennsylvania Avenue
NJ-3122
Washington, DC 20580
202-326-2509 (voice)
202-326-3259 (facsimile)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-08
```

ATTORNEYS FOR PLAINTIFF

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                    Plaintiff<br><br>v.<br><br>**DIET COFFEE, INC.**, a corporation;<br>**DAVID STOCKNOFF**, individually and as President, Chief Financial Officer, and a Director of Diet Coffee, Inc.; and **DAVID ATTARIAN**, individually and as Secretary and a Director of Diet Coffee, Inc.,<br><br>                    Defendants. | CASE NO. 1:08-cv-0094-JSR-DCF<br><br>(Proposed) ORDER GRANTING PLAINTIFF LEAVE TO FILE HARD COPIES OF EXHIBITS H, I, AND J |

Having demonstrated that plaintiff, Federal Trade Commission, cannot electronically scan Exhibits H, I, and J, it is ordered that plaintiff is permitted to file those exhibits by hard copy.

**SO ORDERED:**

*[signature]*

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE