**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



FEDERAL TRADE COMMISSION,

                          Plaintiff

    v.

**DIET COFFEE, INC.**, a corporation;
**DAVID STOCKNOFF**, individually and as
President, Chief Financial Officer, and a
Director of Diet Coffee, Inc.; and **DAVID
ATTARIAN**, individually and as Secretary
and a Director of Diet Coffee, Inc.,

                         Defendants.

**JUDGE RAKOFF**

**08 CV 0094**

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Karen Mandel Muoio, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

          Karen Irene Jagielski
          Federal Trade Commission
          600 Pennsylvania Avenue, N.W. Room NJ-3212
          Washington, D.C.  20580
          202-326-2509 (telephone)
          202-326-3259 (facsimile)

Karen Jagielski is a member in good standing of the Bar of the State of Pennsylvania.

There are no disciplinary proceedings against her in any State or Federal Court.


Dated:        January 2, 2008
              Washington, D.C.

              Respectfully submitted,


              Karen Mandel Muoio
              KM1686
              Federal Trade Commission
              600 Pennsylvania Avenue, N.W., Room 3212
              Washington, D.C.  20580
              202-326-2491 (telephone)
              202-326-3259 (facsimile)



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FEDERAL TRADE COMMISSION,**

                       Plaintiff

    v.

**DIET COFFEE, INC.**, a corporation;
**DAVID STOCKNOFF**, individually and as
President, Chief Financial Officer, and a
Director of Diet Coffee, Inc.; and **DAVID
ATTARIAN**, individually and as Secretary
and a Director of Diet Coffee, Inc.,

                   Defendants.

_____ cv _____ ( \_\_\_\_\_ )

**AFFIDAVIT OF**
**KAREN MANDEL MUOIO**
**IN SUPPORT OF MOTION**
**TO ADMIT COUNSEL**
**PRO HAC VICE**

---

Karen Mandel Muoio, being duly sworn, hereby deposes and says as follows:

1.    I am an Attorney at the Federal Trade Commission, counsel for Plaintiff in the above

captioned action. I am familiar with the proceedings in this case. I make this statement

based on my personal knowledge of the facts set forth herein and in support of Plaintiff's

motion to admit Karen Irene Jagielski as counsel pro hac vice to represent Plaintiff in this

matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to

practice law on August 4, 1997. I also am admitted to the bar of the United States District

Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Karen Irene Jagielski since March 2000.

4.      Karen Irene Jagielski is an Attorney with the Federal Trade Commission in Washington, D.C.

5.      I have found Karen Irene Jagielski to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Karen Irene Jagielski, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Karen Irene Jagielski, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Karen Irene Jagielski, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:          January 2, 2008
                Washington, D.C.


                Respectfully submitted,


                Karen Mandel Muoio
                KM1686
                Federal Trade Commission
                600 Pennsylvania Avenue, N.W., Room 3212
                Washington, D.C.  20580
                202-326-2491 (telephone)
                202-326-3259 (facsimile)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**FEDERAL TRADE COMMISSION,**

                                     Plaintiff

    v.

**DIET COFFEE, INC.**, a corporation;
**DAVID STOCKNOFF**, individually and as
President, Chief Financial Officer, and a
Director of Diet Coffee, Inc.; and **DAVID
ATTARIAN**, individually and as Secretary
and a Director of Diet Coffee, Inc.,

                                     Defendants.

_____ cv _____ (_____)

~~(proposed)~~ _JKC_

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

    Upon the motion of Karen Mandel Muoio, attorney for Federal Trade Commission, and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

            Karen Irene Jagielski
            Federal Trade Commission
            600 Pennsylvania Avenue, N.W. Room NJ-3212
            Washington, D.C.  20580
            202-326-2509 (telephone)
            202-326-3259 (facsimile)
            kjagielski@ftc.gov

is admitted to practice pro hac vice as counsel for in the above captioned case in the United

States District Court for the Southern District of New York. All attorneys appearing before this



Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Because counsel is an attorney with an agency of the Federal government, the pro hac vice fee is waived.

Dated:     *1-4-08*

 

United States District Court Judge





## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Karen Irene Jagielski, Esq.*

**DATE OF ADMISSION**

*December 5, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: December 4, 2007**

Patricia A. Johnson
Chief Clerk