UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

FEDERAL TRADE COMMISSION,

                    Plaintiff

    v.

**DIET COFFEE, INC.**, a corporation;
**DAVID STOCKNOFF**, individually and as
President, Chief Financial Officer, and a
Director of Diet Coffee, Inc.; and **DAVID
ATTARIAN**, individually and as Secretary
and a Director of Diet Coffee, Inc.,

                Defendants.

</td><td>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-22-08_

_08_ cv _0094_  (JsR)
               ~~(proposed)~~
**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

</td></tr>
</table>

Upon the motion of Karen Mandel Muoio, attorney for Federal Trade Commission, and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Karen Irene Jagielski
        Federal Trade Commission
        600 Pennsylvania Avenue, N.W. Room NJ-3212
        Washington, D.C.  20580
        202-326-2509 (telephone)
        202-326-3259 (facsimile)
        kjagielski@ftc.gov

is admitted to practice pro hac vice as counsel for in the above captioned case in the United

States District Court for the Southern District of New York. All attorneys appearing before this

**EXHIBIT A**

Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov.  Because counsel is an attorney

with an agency of the Federal government, the pro hac vice fee is waived.

Dated:        *1-4-08*

_____

United States District Court Judge


**EXHIBIT A**